UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>CHERYL A. BOOTON, et al.,<br><br>       Defendants. | Case No. 18-cv-04216-SVK<br><br>**ORDER LIFTING STAY AND DIRECTING PARTIES TO MEET AND CONFER ON BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 57 |

The Court stayed this case pending resolution of appeals in two other cases: N.D. Cal. Case No. 3:17-cv-02454-WHA and C.D. Cal. Case No. 8:18-cv-01615-DOC-DFM. *See* Dkt. 51. In response to the Court's Order to File Status Report, the parties filed a joint status report confirming that both appeals have been resolved. Dkt. 56, 57. Accordingly, the stay in this case is hereby **LIFTED**.

The parties' status report identifies a disagreement between the parties as to whether the Ninth Circuit's rulings resolve the issues in this case. Dkt. 57. The Court notes that the parties have filed similar status reports in other cases and have been ordered to meet and confer to agree upon a schedule for briefing on issue preclusion. *See, e.g., Johnson v. Starbucks Corp.*, N.D. Cal. Case No. 3:16-cv-06792-SK, at Dkt. 86; *Johnson v. Starbucks Corp.,* N.D. Cal. Case No. 3:18-cv-1134-TSH, at Dkt. 64. Accordingly, the Court **ORDERS** that by **September 29, 2020**, the parties shall meet and confer by video conference to discuss a schedule for briefing on issue preclusion. By **October 2, 2020, t**he parties shall file a stipulation, or if they cannot agree, separate proposals for a briefing schedule.

**SO ORDERED.**

Dated: September 17, 2020

SUSAN VAN KEULEN
United States Magistrate Judge