UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>         Plaintiff,<br>    v.<br>STARBUCKS CORPORATION,<br>         Defendant. | Case No. 18-cv-01595-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |
| SCOTT JOHNSON,<br>         Plaintiff,<br>    v.<br>CHERYL A. BOOTON, et al.,<br>         Defendants. | Case No. 18-cv-04216-SVK |
| SCOTT JOHNSON,<br>         Plaintiff,<br>    v.<br>STARBUCKS CORPORATION,<br>         Defendants. | Case No. 18-cv-04284-SVK |
| SCOTT JOHNSON,<br>         Plaintiff,<br>    v.<br>SUN GARDEN CENTER 1, LLC, et al.,<br>         Defendants. | Case No. 18-cv-04402-SVK |
| SCOTT JOHNSON,<br>         Plaintiff,<br>    v.<br>CINTZ COMMERCIAL PROPERTIES, LP, et al.,<br>         Defendants. | Case No. 18-cv-05550-SVK |

The Settlement Referral Judge reports that the above-captioned cases have settled. All previously-scheduled deadlines and appearances are vacated.

By **April 13, 2021**, the parties shall file a stipulation of dismissal in each of the above-captioned cases. If a dismissal is not filed by the specified date, then the parties shall appear on **April 27, 2021 at 1:30 p.m.** and show cause, if any, why each case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **April 13, 2021**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: February 19, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge